IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN ANTHONY RAMOS-RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>BERWICK BOROUGH, *et al.*,<br><br>Defendants. | No. 4:17-CV-01442<br><br>(Judge Brann) |

## ORDER

### MAY 22, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 27, is **GRANTED** as follows:

1. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to litigation after Plaintiff's conviction or sentence has been invalidated.[1]

2. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] *See Schreanne v. Marr*, 722 Fed.Appx. 160, 166 (3d Cir. 2018).