IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN ANTHONY RAMOS-RAMIREZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BERWICK BOROUGH, KENNETH STRICH, REAGAN RAFFERTY, and RANDY GAUGER,<br><br>　　　Defendants. | No. 4:17-CV-01442<br><br>(Chief Judge Brann) |

## ORDER

### MARCH 29, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 51) is **DENIED**:

1. Counts I (*Morell* claims against Defendants Berwick Borough and Kenneth Strish) and II (excessive force under 42 U.S.C. § 1983 against Defendant Reagan Rafferty) survive summary judgment.

2. Consistent with this Court's May 22, 2019 Memorandum Opinion and Order (Doc. 39; Doc. 40), Counts III (civil rights conspiracy against Defendants Strish, Rafferty, and Randy Gauger) and IV (state law tort claims against Defendant Rafferty) are dismissed.

3. A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge